UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASHLEY BROWN,

                    Plaintiff,

        -v-

PRESCHOOL OF AMERICA (USA) INC.,

                    Defendant.

19-CV-1590 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      As directed during the telephone conference held on February 8, 2021, Plaintiff has submitted to the Court, on an ex parte basis, PDF copies of her social media posts for in camera review.  The Court has carefully reviewed those documents, which consist of Bates Numbers SOCIAL MEDIA 000001-59 (Facebook posts) and SOCIAL MEDIA 00000060-70 (Instagram posts).  The Court finds that none of these documents is probative of any issue in the case, including Plaintiff's mental state or any alleged emotional distress, and that their production would not be proportional to the needs of the case.  Accordingly, after in camera review, the Court denies Defendant's request for production of these documents.

      SO ORDERED.

Dated: March 15, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge